NUMBER 13-06-384-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__ ________________________________________________________________


CALVIN RAY HYDER, Appellant,


v.



THE STATE OF TEXAS, Appellee.

___ _______________________________________________________________


On appeal from the 156th District Court 


of Bee County, Texas.


____ _______________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, CALVIN RAY HYDER, attempted to perfect an appeal from a
judgment entered by the 156th District Court of Bee County, Texas, in cause number
B-05-M011-PRB. Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 24th day of August, 2006.